UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:09-14082-CIV-MARTINEZ-WHITE**

HAROLD N. BROTHERS,

    Plaintiff,

vs.

THE ATTORNEY GENERAL OF THE STATE
OF FLORIDA,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on a petition for a writ of habeas corpus **(D.E. No. 1)**, filed on March 12, 2009. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 13)** on February 16, 2010. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

    **ADJUDGED** that United States Magistrate Judge 's Report and Recommendation **(D.E. No. 13)** on February 16, 2010 is **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ADJUDGED** that

    1. The petition for a writ of habeas corpus is DENIED. This case is CLOSED and all pending motions are DENIED AS MOOT.

    DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of June, 2010.

    *[signature]*
    _____
    JOSE E. MARTINEZ
    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge
All Counsel of Record